# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW HAMPSHIRE

**United States of America**          )
                                       )
      **v.**                                    )          No. 1:20-cr-140-JD-01
                                       )
**Christopher Nesbitt**                )
_____

## Indictment

The Grand Jury charges:

### COUNT ONE
### [Distribution of Fentanyl]
### [21 U.S.C. § 841(a) and 841(b)(1)(C)]

On or about May 29, 2019, in the District of New Hampshire, the defendant,

**Christopher Nesbitt**,

did knowingly and intentionally distribute a controlled substance, specifically, fentanyl, a Schedule II controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1) and (b)(1)(C).

                                                              A TRUE BILL

                                                              /s/ Foreperson_____
                                                              Grand Jury Foreperson

SCOTT W. MURRAY
United States Attorney

/s/ Anna Dronzek_____
Anna Dronzek
Assistant United States Attorney


Date:  November 2, 2020